JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-02499-MMM(SSx) | Date | December 31, 2007 |
|---|---|---|---|

| Title | Sean Baptiste Neal vs. FBI |
|---|---|

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None appearing                                       None appearing

**Proceedings:**      [IN CHAMBERS] ORDER DISMISSING ACTION

     On November 24, 2007, plaintiff filed a motion to dismiss. The court hereby grants the motion and dismisses the above action.